UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| ERNEST L. JACKSON, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 1:04-CV-107 |
| v. ) | |
| ) | Judge Curtis L. Collier |
| ALSTOM POWER, INC., ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

For the reasons set forth in the accompanying memorandum, the Court **GRANTS** Defendant ALSTOM Power's motion for summary judgment (Court File No. 36) and **DIRECTS** the Clerk to **CLOSE** the case.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**